Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hernandez, et al. , <br><br> Plaintiff(s) <br><br> v. <br><br> City of San Jose, et al, , <br><br> Defendant(s) | Case No. C 5:16-cv-03957-LHK <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016    Signed: _____
                                                  Party
                                        (DocuSigned by: A4AF4030A12E43C...)

Date: September 20, 2016    Signed: _____
                                                  Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.

  Plaintiff(s)

v.

City of San Jose, et al,

  Defendant(s)

Case No. C 5:16-cv-03957-LHK

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

 (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

 (2) Discussed the available dispute resolution options provided by the Court and private entities; and

 (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016  Signed: *Barbara Arigoni*
  —DocuSigned by: 38D3B788740C446...
  Party

Date: September 20, 2016  Signed: _____
  Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

DocuSign Envelope ID: A2847DE9-E581-4D8C-9BBF-E12103E86361
Case 5:16-cv-03957-LHK Document 12 Filed 09/22/16 Page 3 of 14

Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.

Plaintiff(s)

v.

City of San Jose, et al,

Defendant(s)

Case No. C 5:16-cv-03957-LHK

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016   Signed: _Christina Wong_
                                   DocuSigned by:
                                   3BDE78BC21F0432...
                                   Party

Date: September 20, 2016   Signed: _____
                                   Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.

Plaintiff(s)

v.

City of San Jose, et al,

Defendant(s)

Case No. C 5:16-cv-03957-LHK

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016    Signed: _Craig Parsons_ (DocuSigned by: 54D5BFDFCF8444E...)
                                    Party

Date: September 20, 2016    Signed: _____
                                    Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

DocuSign Envelope ID: 72F8CD8C-FB2F-4A18-B7A3-63B313DEF5C9
Case 5:16-cv-03957-LHK   Document 12   Filed 09/22/16   Page 5 of 14

Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Hernandez, et al. | , | Case No. C 5:16-cv-03957-LHK |
| Plaintiff(s) | | |
| v. | | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| City of San Jose, et al, | , | |
| Defendant(s) | | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

  (2) Discussed the available dispute resolution options provided by the Court and private entities; and

  (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016       Signed: _____
                                              DocuSigned by:
                                              C0883B7AE4E546A...
                                                            Party

Date: September 20, 2016       Signed: _____
                                                            Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.               ,           Case No. C 5:16-cv-03957-LHK

    Plaintiff(s)

v.                                           ADR CERTIFICATION BY PARTIES
                                             AND COUNSEL

City of San Jose, et al,        ,

    Defendant(s)

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016        Signed: *Frank Velasquez* (DocuSigned)
                                        Party

Date: September 20, 2016        Signed: _____
                                        Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.,

    Plaintiff(s)

v.

City of San Jose, et al,

    Defendant(s)

Case No. C 5:16-cv-03957-LHK

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016     Signed: *Greg Hyver* (DocuSigned by: 58FCB33FE25444E...)
                                                                Party

Date: September 20, 2016     Signed: _____
                                                                Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.    ,

    Plaintiff(s)

v.

City of San Jose, et al,    ,

    Defendant(s)

Case No. C 5:16-cv-03957-LHK

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016    Signed: _____ Party
    DocuSigned by: [signature] 6796EF22B8554A1...

Date: September 20, 2016    Signed: _____ Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Hernandez, et al. | , | Case No. C 5:16-cv-03957-LHK |
| Plaintiff(s) | | |
| v. | | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| City of San Jose, et al, | , | |
| Defendant(s) | | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016        Signed: _Mark Doering_ (DocuSigned by, 033C146F6C2E4CF...)
                                        Party

Date: September 20, 2016        Signed: _____
                                        Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.

Plaintiff(s)

v.

City of San Jose, et al,

Defendant(s)

Case No. C 5:16-cv-03957-LHK

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016    Signed: *Mary Doering* (DocuSigned by: 1A0F709096B84D0...)
Party

Date: September 20, 2016    Signed: [signature]
Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.  ,

    Plaintiff(s)

v.

City of San Jose, et al,

    Defendant(s)  ,

Case No. C 5:16-cv-03957-LHK

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016  Signed: *Nathan Velasquez* (DocuSigned, 468B4AD855554B7...)
    Party

Date: September 20, 2016  Signed: [signature]
    Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.            ,         Case No. C 5:16-cv-03957-LHK

　　　　Plaintiff(s)

v.                                      ADR CERTIFICATION BY PARTIES
                                        AND COUNSEL

City of San Jose, et al,
                             ,
　　　　Defendant(s)

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

　　(2) Discussed the available dispute resolution options provided by the Court and private entities; and

　　(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016          Signed: _____
                                                                Party

Date: September 20, 2016          Signed: _____
                                                              Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.

    Plaintiff(s)

v.

City of San Jose, et al,

    Defendant(s)

Case No. C 5:16-cv-03957-LHK

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016  Signed: _____ On behalf of I.P.
    Party

Date: September 20, 2016  Signed: _____
    Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 6-2016

Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Hernandez, et al.

    Plaintiff(s)

v.

City of San Jose, et al,

    Defendant(s)

Case No. C 5:16-cv-03957-LHK

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: September 20, 2016    Signed: *Todd Broome* (DocuSigned, 6BFE4791AA78439...)
    Party

Date: September 20, 2016    Signed: [signature]
    Attorney

Print Form

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 6-2016*