1  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
2  KRISTA L. BAUGHMAN (SBN: 264600)
3  kbaughman@dhillonlaw.com
   GREGORY R. MICHAEL (SBN: 306814)
4  gmichael@dhillonlaw.com
5  DHILLON LAW GROUP INC.
   177 Post Street, Suite 700
6  San Francisco, California 94108
   Telephone: (415) 433-1700
7  Facsimile: (415) 520-6593

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUAN HERNANDEZ, et al., | Case Number: 5:16-cv-03957-LHK |
| Plaintiffs, | Honorable Lucy H. Koh |
| v. | **NOTICE OF CONDITIONAL SETTLEMENT; AND** |
| CITY OF SAN JOSE, et al., | |
| Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 29, 2020** |
| | CMC Date:  March 18, 2020  <br> Trial Date:  June 19, 2020  <br> Courtroom:  8 |



Notice of Conditional Settlement and Stipulation and  [PROPOSED] Order Continuing CMC

Case No. 5:16-cv-03957-LHK

## NOTICE OF CONDITIONAL SETTLEMENT & JOINT STIPULATION

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: the Parties have agreed to settle the above-captioned matter, subject to the completion of terms and conditions specified in a written Settlement Agreement. The Settlement Agreement, in relevant part, provides for the public release of a prepared statement by the mayor of San Jose, Sam Liccardo. The mayor is currently reconsidering modifications to that statement which were proposed by several Plaintiffs. Pursuant to the terms of the Settlement Agreement, Plaintiffs will request dismissal of this entire Action upon satisfaction of the conditions set forth therein, namely, the release of the final statement.

In light of this conditional settlement, and pursuant to Local Rule 6-2, the Parties, by and through their respective counsel, stipulate and agree as follows:

WHEREAS, the Parties have agreed to settle the matter in accordance with the terms set forth in the Settlement Agreement;

WHEREAS, the Parties expect such conditions of settlement to be completed within 30 days of the filing of this notice and stipulation;

WHEREAS, the Parties are scheduled to appear for a further case management conference on March 18, 2020 and are required to file a joint case management conference statement by March 11, 2020;

WHEREAS, the Parties stipulate and respectfully request that the Court continue the March 18, 2020 case management conference to April 29, 2020, and the deadline to file the joint case management statement to April 22, 2020, with the understanding that Plaintiffs will file a request for dismissal of the Action following completion of the conditional terms of settlement; in the unlikely event that the settlement conditions are not completed within 30 days, the Parties will provide the Court with an update at the case management conference.

NOW THEREFORE, the Parties stipulate and respectfully request that the Court continue the March 18, 2020 further case management conference and associated joint case management statement deadlines by 6 weeks, to April 29, 2020 and April 22, 2020, respectively.

Respectfully submitted,

Dated: March 10, 2020						DHILLON LAW GROUP INC.


							By: /s/ Gregory R. Michael
								Gregory R. Michael
								Attorney for Plaintiffs


Dated: March 10, 2020						OFFICE OF THE CITY ATTORNEY, SAN JOSE


							By: /s/ Matthew Pritchard
								Matthew Pritchard (SBN: 284118)
								Attorneys for the City of San Jose, Loyd
								Kingsworthy, Lisa Gannon, Kevin Abruzzini,
								Paul Messier, Paul Spagnoli, Johnson Fong, and
								Jason Ta

### **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Gregory R. Michael, am the ECF User whose ID and password are being used to file this document. I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 10, 2020						DHILLON LAW GROUP INC.

							By: /s/ Gregory R. Michael
								Gregory R. Michael

2



Notice of Conditional Settlement; and Stipulation and				Case No. 5:16-cv-03957-LHK
[PROPOSED] Order Continuing CMC

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2020

_____
Honorable Lucy H. Koh
United States District Judge

