HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
KRISTA L. BAUGHMAN (SBN: 264600)
kbaughman@dhillonlaw.com
GREGORY R. MICHAEL (SBN: 306814)
gmichael@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiffs

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
MATTHEW PRITCHARD, Deputy City Attorney (284118)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JUAN HERNANDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF SAN JOSE, et al., <br><br> Defendants. | Case Number: 5:16-cv-03957-LHK <br><br> Honorable Judge Lucy H. Koh <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** <br><br> Action Filed: July 14, 2016 <br> Trial Date: June 19, 2020 |



Joint Stipulation for Dismissal with Prejudice                                    Case No. 5:16-cv-03957-LHK

The Parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them or their duly authorized representatives, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear his, her, or its own attorney's fees and costs.

                                    Respectfully submitted,

Dated: March 23, 2020                    DHILLON LAW GROUP INC.

                                    By: /s/ Gregory R. Michael
                                          Harmeet K. Dhillon
                                          Krista L. Baughman
                                          Gregory R. Michael
                                          Attorney for Plaintiffs

Dated: March 23, 2020                    OFFICE OF THE CITY ATTORNEY, SAN JOSE

                                    By: /s/ Matthew Pritchard
                                          Ardell Johnson (SBN: 95340)
                                          Matthew Pritchard (SBN: 284118)
                                          Attorneys for the City of San Jose, Loyd
                                          Kinsworthy, Lisa Gannon, Kevin Abruzzini, Paul
                                          Messier, Paul Spagnoli, Johnson Fong, and Jason Ta

## ATTESTATION PER L.R. 5-1

I, Gregory R. Michael, hereby attest, pursuant to Local Rule 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto:

Dated: March 23, 2020                    DHILLON LAW GROUP INC.

                                    By: /s/ Gregory R. Michael
                                          Gregory R. Michael
                                          Attorney for Plaintiffs



Joint Stipulation for Dismissal with Prejudice                    Case No. 5:16-cv-03957-LHK

**[PROPOSED] ORDER**

PURSUANT OT STIPULATION, IT IS SO ORDERED.


Dated: _____, 2020        _____

                                                            HON. LUCY H. KOH

