1  HARMEET K. DHILLON (SBN: 207873)
2  harmeet@dhillonlaw.com
   KRISTA L. BAUGHMAN (SBN: 264600)
3  kbaughman@dhillonlaw.com
   GREGORY R. MICHAEL (SBN: 306814)
4  gmichael@dhillonlaw.com
5  DHILLON LAW GROUP INC.
   177 Post Street, Suite 700
6  San Francisco, California 94108
   Telephone: (415) 433-1700
7  Facsimile: (415) 520-6593

8  Attorneys for Plaintiffs

9
   RICHARD DOYLE, City Attorney (88625)
10 NORA FRIMANN, Assistant City Attorney (93249)
   ARDELL JOHNSON, Chief Deputy City Attorney (95340)
11 MATTHEW PRITCHARD, Deputy City Attorney (284118)
   Office of the City Attorney
12 200 East Santa Clara Street, 16th Floor
   San José, California  95113-1905
13 Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
14 E-Mail Address:  cao.main@sanjoseca.gov

15 Attorneys for Defendants

16

17                     **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19                              **SAN JOSE DIVISION**

20

| JUAN HERNANDEZ, et al., | Case Number: 5:16-cv-03957-LHK |
|---|---|
| Plaintiffs, | Honorable Judge Lucy H. Koh |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| CITY OF SAN JOSE, et al., | |
| Defendants. | Action Filed: July 14, 2016<br>Trial Date: June 19, 2020 |



Joint Stipulation for Dismissal with Prejudice                Case No. 5:16-cv-03957-LHK

The Parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them or their duly authorized representatives, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear his, her, or its own attorney's fees and costs.

                                          Respectfully submitted,

Dated: March 23, 2020                    DHILLON LAW GROUP INC.

                                        By: /s/ Gregory R. Michael
                                               Harmeet K. Dhillon
                                               Krista L. Baughman
                                               Gregory R. Michael
                                               Attorney for Plaintiffs

Dated: March 23, 2020                    OFFICE OF THE CITY ATTORNEY, SAN JOSE

                                        By:  /s/ Matthew Pritchard
                                               Ardell Johnson (SBN: 95340)
                                             Matthew Pritchard (SBN: 284118)
                                             Attorneys for the City of San Jose, Loyd
                                             Kinsworthy, Lisa Gannon, Kevin Abruzzini, Paul
                                             Messier, Paul Spagnoli, Johnson Fong, and Jason Ta

**ATTESTATION PER L.R. 5-1**

I, Gregory R. Michael, hereby attest, pursuant to Local Rule 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto:

Dated: March 23, 2020                    DHILLON LAW GROUP INC.

                                          By: /s/ Gregory R. Michael
                                               Gregory R. Michael
                                               Attorney for Plaintiffs



**[PROPOSED] ORDER**

PURSUANT OT STIPULATION, IT IS SO ORDERED.  The Clerk shall close the file.

Dated: March 23, 2020

*Lucy H. Koh*
HON. LUCY H. KOH

